THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Respondent, *v.* CHARLES H. HYDE, as Chamberlain of the City of New York, et al., Appellants.

*People ex rel. N. Y., Westchester & Boston Ry. Co.* v. *Hyde*, 143 App. Div. 321, affirmed.
(Argued February 12, 1912; decided February 27, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1911, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendants to credit certain payments made by the relator to the city of New York upon the tax roll of said city as payment of its special franchise tax assessment.

*Archibald R. Watson, Corporation Counsel* (*Curtis A. Peters* and *Frank P. Reilly* of counsel), for appellants.

*Ralph Polk Buell* and *George S. Graham* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.